# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Parrot S.A. and Parrot, Inc.  **v.**  Drone Technologies, Inc.

Case No.  16-1885

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
| --- | --- | --- |
| Parrot S.A. | None | None |
| Parrot, Inc. | None | Parrot Drones S.A.S. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Please see attached.

May 3, 2016                                    /s/ Jeffrey A. Lamken
Date                                           Signature of counsel

Please Note: All questions must be answered     Jeffrey A. Lamken
                                                Printed name of counsel

cc:   All counsel by ECF

Reset Fields

# **CERTIFICATE OF INTEREST**

Appellants Parrot S.A. and Parrot, Inc. state that the following partners or associates have appeared on their behalf in the United States Patent and Trademark Office before the Patent Trial and Appeal Board or are expected to appear in this court:

From **Osha Liang LLP**: James E. Hopenfeld and Tammy J. Terry.  Mr. Hopenfeld is also of counsel at Singer Bea LLP.  Singer Bea is not appearing in, and has no involvement with, this appeal.

From **MoloLamken LLP**: Jeffrey A. Lamken, Michael G. Pattillo, Jr., Eric R. Nitz, and Sarah J. Newman.

John M. Whealan.

## **CERTIFICATE OF SERVICE**

I certify that today, May 3, 2016, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

May 3, 2016                                                                 /s/ Jeffrey A. Lamken